**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 39166**

| | |
|---|---|
| STATE OF IDAHO, | ) 2012 Unpublished Opinion No. 545 |
| | ) |
| Plaintiff-Respondent, | ) Filed: June 28, 2012 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| TRACY LYLE TUCK, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the Fourth Judicial District, State of Idaho, Ada County. Hon. Michael R. McLaughlin, District Judge.

Order denying Idaho Criminal Rule 35 motion for reduction of sentence, affirmed.

Sara B. Thomas, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; GUTIERREZ, Judge;
and MELANSON, Judge

_____

PER CURIAM

Tracy Lyle Tuck pled guilty to possession of a controlled substance. Idaho Code § 37-2732(c). The district court sentenced Tuck to a unified term of seven years, with three years determinate. Tuck filed an Idaho Criminal Rule 35 motion, which the district court denied. Tuck appeals.

A motion for reduction of sentence under Idaho Criminal Rule 35 is essentially a plea for leniency, addressed to the sound discretion of the court. *State v. Knighton*, 143 Idaho 318, 319, 144 P.3d 23, 24 (2006); *State v. Allbee*, 115 Idaho 845, 846, 771 P.2d 66, 67 (Ct. App. 1989). In presenting a Rule 35 motion, the defendant must show that the sentence is excessive in light of new or additional information subsequently provided to the district court in support of the

1

motion. *State v. Huffman*, 144 Idaho 201, 203, 159 P.3d 838, 840 (2007). An appeal from the denial of a Rule 35 motion cannot be used as a vehicle to review the underlying sentence absent the presentation of new information. *Id.* Because no new or additional information in support of Tuck's Rule 35 motion was presented, the district court did not abuse its discretion. For the foregoing reasons, the district court's order denying Tuck's Rule 35 motion is affirmed.